IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA                                                    PLAINTIFF

v.                              NO. 4:11CR00294 JLH

CARIE BARKER                                                                DEFENDANT

## AMENDMENT TO JUDGMENT & COMMITMENT ORDER

The Judgment & Commitment Order entered on April 9, 2012, is hereby amended to reflect that restitution payments will be $100 per month. The interest requirement is waived.

All other conditions contained in the original Judgment & Commitment Order remain in full force and effect.

IT IS SO ORDERED this 20th day of April, 2012.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE